IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**KEITH ELDRED COLEY**                                                                                          **PLAINTIFF**
**ADC #094008**

**V.**                                    **Case No. 4:14-CV-00095 KGB**

**JERRY LLEWLLYN, ET AL.**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

SO ADJUDGED this 3rd day of November, 2014.

_____
Kristine G. Baker
United States District Judge